MARTHA C. SEARS, Appellant, v. EMILIE J. HETFIELD and TITLE GUARANTEE AND TRUST COMPANY, as Executors, etc., of LOUIS PHILIPPE MENDHAM, Deceased, Respondents.— Judgment and order reversed upon the law and the facts and new trial granted, costs to appellant to abide the event. It was error to charge the jury that if the services were rendered to the corporation, even though decedent requested plaintiff to perform them, there could be no recovery. Lazansky, P. J., Young, Kapper, Seeger and Scudder, JJ., concur.

ANDREW SEKULSKI, Appellant, Respondent, v. JOSEPHINE SPANO and ANDREW SPANO, Respondents, Appellants. ALFONSO SPANO and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

DOROTHY STEVENS, Respondent, v. SAMUEL STEVENS, Administrator etc., of IDA STEVENS, Also Known as IDA STEPHENS, Deceased, Appellant.— Judgment reversed upon the law and the facts and a new trial granted, costs to abide the event. The trial court committed error in excluding the testimony of Isadore Stevens at folio 197. Section 347 of the Civil Practice Act excludes such testimony when it is proffered against the administrator of a deceased person. In this case the evidence was proffered on behalf of the administrator of a deceased person. (McLaughlin v. Webster, 141 N. Y. 76; Paulovico v. Moller, 190 App. Div. 3; Wakefield v. Wakefield, 47 Misc. 87.) Lazansky, P. J., Young, Seeger and Carswell, JJ., concur; Kapper, J., dissents and votes to affirm, being of opinion that section 347 is not in the case at all in so far as affects the testimony of Isadore Stevens, and that, assuming he was qualified to testify by virtue of the release of his rights in the estate, there is nothing in the record to show that he could testify to any material fact.

ANNA URAVIC, as Administratrix, etc., of ANTON URAVIC, Deceased, Appellant, v. F. JARKA COMPANY, INC., Respondent, and UNITED AMERICAN LINE, INC., Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

HERMANN A. VEIT, Respondent, v. AMERICAN EXCHANGE IRVING TRUST COMPANY, as Trustee under Agreement of Trust between WILLIAM H. BARNARD and IRVING NATIONAL BANK OF NEW YORK, Appellant.*— Judgment affirmed, with costs. No opinion. Lazansky, P. J., Young and Carswell, JJ., concur; Kapper and Seeger, JJ., dissent upon the ground that the verdict is against the weight of the evidence.